Stefano G. Formica, State Bar No. 241958
sformica@formicalawyers.com
STEFANO G. FORMICA, APLC
450 N. Brand Blvd, Suite 600
Glendale, California 91203
Telephone: 877-983-7342
Facsimile: 877-436-7642

Attorney for Plaintiff
Pure Style LLC

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE STYLE, LLC., a California corporation,<br><br>                    Plaintiff,<br>     v.<br><br>MY CLEAR ESSENTIALS, LLC, a Minnesota corporation; BREN ARBEITER, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. CV11-5704-DMG (JEMx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE [30]** |

   Pursuant to the parties' stipulation, filed on March 28, 2012, and good cause appearing,

   IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.  Each party will bear its/his own attorneys' fees and costs.

DATED:  March 30, 2012

_____
DOLLY M. GEE
United States District Judge